# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 AUG -8 PM 12:52

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE USIEL GARCIA-ANDRADE (01),

    Defendant.

CASE NO. 13CR993-IEG

BY: (signature)

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted defendant's motion to dismiss without prejudice; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:
21:841(a)(1) and 846 - Conspiracy to Distribute Marijuana

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 6, 2013

                              Irma E. Gonzalez
                              U.S. District Judge